**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| **CYNTHIA ACEVEDO,**<br>    **Plaintiff** | §<br>§<br>§<br>§ | |
| | | **CIVIL ACTION NO. 7:24-cv-3** |
| **vs.** | §<br>§ | |
| **REGIONS BANK,**<br>    **Defendant** | §<br>§<br>§ | |

---

### DEFENDANT'S NOTICE OF REMOVAL

---

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

COME NOW, Defendant, Regions Bank (hereinafter "Defendant"), and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, gives notice that it hereby removes the action styled *Cynthia Acevedo v Regions Bank,* Cause No. C-4983-23-C, in the 139th Judicial District Court of Hidalgo County, Texas (the "State Court Action"), to the United States District Court for the Southern District of Texas, McAllen Division. Defendant provides the following in support of this removal.

**I.**

**REQUIREMENTS FOR REMOVAL**

1.    Pursuant to 28 U.S.C. § 1446(a), Defendant attaches to this Notice of Removal:

     i)    A true and correct copy of the Docket Sheet for Cause No. C-4983-23-C, attached as **Exhibit A**; and

     ii)   A true and correct copy of Plaintiff's Original Petition for Declaratory Judgment and Application for Temporary Restraining

Order and Injunctive Relief filed December 4, 2023, attached as **Exhibit B**; and

iii)    A true and correct copy of the Temporary Restraining Order signed December 4, 2023, attached as **Exhibit C**; and

iv)    A true and correct copy of Defendant's Original Answer filed in Cause No. C-4983-23-C on December 21, 2023, attached as **Exhibit D**; and

v)    A true and correct copy of the Hidalgo County Appraisal District property detail regarding the real property located at 1806 Peace Ave, Mission, Hidalgo County, Texas 78572, attached as **Exhibit E**.

2.    This Court has original jurisdiction of this suit based upon complete diversity jurisdiction under 28 U.S.C. § 1332(a). With certain limitations, any civil action brought in a State Court may be removed to the district court of the United States for the district and division that encompasses the county wherein the action is pending.  *See* 28 U.S.C. § 1441. The McAllen Division of the Southern District of Texas is the proper court for removal from a district court in Hidalgo County, Texas. *See* 28 U.S.C. § 124(b)(7).

3.    As required by 28 U.S.C. § 1446(d), the removing Defendant will promptly give all parties written notice of the filing of this Notice of Removal and will promptly file a notice of removal with the Clerk of the 139th Judicial District Court in Hidalgo County, Texas.

**II.**

**REMOVAL IS TIMELY**

4.    Plaintiff, Cynthia Acevedo, filed her Original Petition on December 4, 2023. Regions Bank received a copy of the Petition on or after December 4, 2023. This removal is filed within thirty days after Defendant received a copy of Plaintiff's Original Petition and is timely under 28 U.S.C. §1446(b).

## III.

## DIVERSITY JURISDICTION

**A.      Complete Diversity of Citizenship Exists**

5.      **Cynthia Acevedo.**  Plaintiff, Cynthia Acevedo, is an individual residing in Hidalgo County, Texas.

6.      **Regions Bank.** An entity's citizenship is determined by its state of incorporation and the state in which it has its principal place of business. Regions Bank's main office is in Birmingham, Alabama. For purposes of diversity jurisdiction, Defendant is a citizen of Alabama.

7.      As to all properly joined parties in this lawsuit, there is complete diversity of citizenship. The District Courts of the United States have jurisdiction over this action based on diversity of citizenship among the properly joined parties so long as the amount in controversy requirement is also satisfied.

**B.      The amount in controversy exceeds the jurisdictional minimum amount of $75,000.00**

8.      Plaintiff's Original Petition seeks injunctive and declaratory relief regarding the property at issue (1806 Peace Ave, Mission, Hidalgo County, Texas 78572, hereinafter the "Property").

9.      Plaintiff seeks a declaratory judgment which would prohibit and preclude Defendant from foreclosing on the Property where the balance due on the loan exceeds $75,000.00. Plaintiff expressly requests an injunction of the foreclosure, and the value of the property is in excess of $75,000.00. Consequently, the amount in controversy for Plaintiff's claims exceed $75,000.00 and removal of this proceeding is proper.

10.     "It is well established that 'when equitable and injunctive relief is sought 'the amount in controversy is measured by the value of the object of the litigation,' and '[t]he value of

that right is measured by the losses that will follow.'" *Berry v. Chase Home Fin., LLC*, No. C-09-116, 2009 U.S. Dist. LEXIS 77124, 2009 WL 2868224, at *2-3 (S.D. Tex. Aug. 27, 2009) (Rainey, J.); *Waller v. Prof'l Ins. Corp.*, 296 F.2d 545, 547-48 (5th Cir. 1961) ("When the validity of a contract or a right to property is called into question in its entirety, the value of the property controls the amount in controversy.").

11.     The Fifth Circuit and district courts in each district of the state hold that the amount in controversy in suits seeking to prevent or rescind a foreclosure is the value of the property that is the object of the litigation.  *Farkas v. GMAC Mortgage,* LLC, 737 F.3d 338, (5th Cir. 2013); *Green v. Bank of America, N.A.*, No. 4:13CV92, 2103 U.S. Dist. LEXIS 66320, at *4 (E.D. Tex. 2013); *McDonald v. Deutsche Bank Nat'l Tr. Co.,* No. 3:11-CV-2691-B, 2011 U.S. Dist. LEXIS 146040 (N.D. Tex. Dec. 20, 2011); *Martinez v. BAC Home Loans Servicing, LP*, 777 F. Supp. 2d 1039, 1047-48 (W.D. Tex. 2010) ("[T]he value of the property is the object of the litigation for the purposes of determining whether the amount-in-controversy requirement has been met so long as the plaintiff is seeking injunctive relief to prevent or undo the lender's sale of the property."); *Berry v. Chase Home Finance, LLC*, No. C-09-116, 2009 WL 2868224, at *3 (S.D. Tex. Aug. 27, 2009)(holding that the value of declaratory and injunctive relief is the current appraised fair market value of the property, because "[a]bsent judicial relief, Plaintiff could be divested of all right, title and interest to the Property"). Because Plaintiffs seek to avoid foreclosure of the Property through injunctive relief, the amount in controversy is the value of the Property.

12.     The value of the Property according to the Hidalgo County Appraisal District is no less than $253,991.00. (See **Exhibit E** to this Notice of Removal).

13.     Because Plaintiff's claims seek injunctive and declaratory relief concerning a property worth at least $253,991.00, the amount of Plaintiff's claims exceed $75,000.00.

**IV.**

**JURY DEMAND**

14.     Plaintiff has not made any known jury demand in the State Court Action. Defendant has not made a jury demand.

**V.**

**CONCLUSION**

15.     Because there is complete diversity between the parties and the amount in controversy exceeds $75,000.00, diversity jurisdiction exists, and this Court has subject matter jurisdiction over all of Plaintiff's claims.

**VII.**

**PARTIES TO THIS CASE**

16.     Defendant hereby files this list of all parties of record and their counsel, including addresses, telephone numbers, and parties represented.

| Parties: | Represented by: |
|---|---|
| *Plaintiff:*<br>Cynthia Acevedo | Robert C. Newark III<br>State Bar No. 24040097<br>1341 W. Mockingbird Lane<br>Suite 600W<br>Dallas, TX 75247<br>Telephone: (866) 230-7236<br>Facsimile: (888) 316-3398<br>Email: robert@newarkfirm.com |

***Defendant:***
Regions Bank

H. Gray Burks, IV
State Bar No. 03418320
LOGS Legal Group, LLP
13105 Northwest Freeway, Suite 960
Houston, TX 77040
Telephone: (224) 244-1367
Facsimile: (847) 879-4823
Email: gburks@logs.com

## VIII.

## <u>PRAYER FOR RELIEF</u>

WHEREFORE, PREMISES CONSIDERED, Defendant, Regions Bank, respectfully files this Notice of Removal thereby removing this action from the 139th Judicial District Court of Hidalgo County, Texas, to this Court.

Respectfully Submitted,


 */s/ H. Gray Burks, IV*                         _
H. Gray Burks, IV
State Bar No. 03418320
LOGS Legal Group, LLP
13105 Northwest Freeway, Suite 960
Houston, TX 77040
Telephone: (224) 244-1367
Facsimile: (847) 879-4823
Email: gburks@logs.com

*Attorneys for Defendant Regions Bank*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 3, 2024, a true copy of the foregoing notice of removal was

served in accordance with the Federal Rules of Civil Procedure.

Robert C. Newark, III
1341 W. Mockingbird Lane
Suite 600W
Dallas, Texas 75247
*Attorney for Plaintiff*

*Via email to:* robert@newarkfirm.com

_/s/ H. Gray Burks, IV_____
H. Gray Burks, IV